1  JOSHUA M. DICKEY
   Nevada Bar No. 6621
2  **BAILEY & KENNEDY**
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada  89148
4  (702) 562-8820 (Telephone)
   (702) 562-8821 (Facsimile)
5  jdickey@baileykennedy.com

6

7  STEVEN J. LOWNDS (Texas Bar No. 12636800) *(will comply with LR IA 10-2 within 45 days)*
   BRENT LEE (Texas Bar No. 24036959) *(will comply with LR IA 10-2 within 45 days)*
8  **QUILLING, SELANDER, LOWNDS,**
9      **WINSLETT & MOSER, P.C.**
   2001 Bryan Street, Suite 1800
10 Dallas, Texas  75201
   (214) 871-2100 (Telephone)
11 (214) 871-2111 (Facsimile)
   slownds@qslwm.com
12 blee@qslwm.com

13 **ATTORNEYS FOR PLAINTIFF**

14

15                  UNITED STATES DISTRICT COURT

16                        DISTRICT OF NEVADA

17 | **4045-4055 S. Spencer Street** | ) |
   | **Holdings, LLC,** | ) | Case No. 2:12-cv-00411-PMP-GWF
18 |  | ) |
19 | **Plaintiff,** | ) |
   |  | ) | **NOTICE OF DISMISSAL WITHOUT**
20 | v. | ) | **PREJUDICE**
   |  | ) |
21 | **First Memphis Company LLC,** | ) |
   |  | ) |
22 | **Defendant.** | ) |
23

24     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, 4045-4055 S. Spencer Street

25 Holdings, LLC, hereby dismisses this action without prejudice.

1

Dated this 19th day of March, 2012.

**BAILEY❖KENNEDY**

IT IS SO ORDERED.

*[signature]*

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: March 20, 2012.

By: */s/ Joshua M. Dickey*
JOSHUA M. DICKEY
Nevada Bar No. 6621
8984 Spanish Ridge Ave.
Las Vegas, Nevada 89148
(702) 562-8820  Telephone
(702) 562-8821  Facsimile

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**