1  JOSHUA M. DICKEY
   Nevada Bar No. 6621
2  **BAILEY & KENNEDY**
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148
4  (702) 562-8820 (Telephone)
   (702) 562-8821 (Facsimile)
5  jdickey@baileykennedy.com

6

7  STEVEN J. LOWNDS (Texas Bar No. 12636800) *(will comply with LR IA 10-2 within 45 days)*
   BRENT LEE (Texas Bar No. 24036959) *(will comply with LR IA 10-2 within 45 days)*
8  **QUILLING, SELANDER, LOWNDS,**
9      **WINSLETT & MOSER, P.C.**
   2001 Bryan Street, Suite 1800
10 Dallas, Texas 75201
   (214) 871-2100 (Telephone)
11 (214) 871-2111 (Facsimile)
   slownds@qslwm.com
12 blee@qslwm.com

13
   **ATTORNEYS FOR PLAINTIFF**
14
                    UNITED STATES DISTRICT COURT
15
                           DISTRICT OF NEVADA
16

17 | **4045-4055 S. Spencer Street** | ) |
   | **Holdings, LLC,** | )  Case No. 2:12-cv-00411-PMP-GWF
18 | | )
19 | Plaintiff, | )
   | | )  **NOTICE OF DISMISSAL WITHOUT**
20 | v. | )  **PREJUDICE**
   | | )
21 | **First Memphis Company LLC,** | )
   | | )
22 | Defendant. | )
23 

24      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, 4045-4055 S. Spencer Street
25 Holdings, LLC, hereby dismisses this action without prejudice.

1

1  Dated this 19th day of March, 2012.

2                                                    **BAILEY❖KENNEDY**

3

4  IT IS SO ORDERED.                                By: /s/ Joshua M. Dickey

5  *[signature]*                                    JOSHUA M. DICKEY
                                                    Nevada Bar No. 6621
6                                                   8984 Spanish Ridge Ave.
   PHILIP M. PRO                                    Las Vegas, Nevada  89148
7  U.S. DISTRICT JUDGE                              (702) 562-8820  Telephone
                                                    (702) 562-8821  Facsimile
8  Dated: March 20, 2012.

9                                                   **QUILLING, SELANDER, LOWNDS,**
                                                    **WINSLETT & MOSER, P.C.**
10                                                  2001 Bryan Street, Suite 1800
                                                    Dallas, Texas  75201
11                                                  (214) 871-2100 (Telephone)
                                                    (214) 871-2111 (Facsimile)
12

13                                                  **ATTORNEYS FOR PLAINTIFF**

14

15

16

17

18

19

20

21

22

23

24

25